UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| AMELIA PEREZ DE ACOSTA,<br>    Movant, | §<br>§<br>§<br>§ | EP-09-CA-038-PRM<br>EP-06-CR-517-PRM |
| v. | §<br>§ | |
| UNITED STATES OF AMERICA,<br>    Respondent. | §<br>§ | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order of this Court signed on this date, the Court enters its final judgment, pursuant to Rule 58 of the Federal Rules of Civil Procedure, as follows:

**IT IS ORDERED** that Movant Amelia Perez De Acosta's civil cause, EP-09-CA-038-PRM, is **DISMISSED WITHOUT PREJUDICE**.

The Clerk shall **CLOSE** this case.

SIGNED this 9th day of February 2009.

PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE