In the United States District Court
For the Fifth District of Texas

FILED
2012 NOV 13 PM 4:09

Amelia Perez de Acosta )
Petitioner )
)
)
)
vs. ) Case No.: EP-06-CR-517PRM
)
)
United States of America )
Respondent )

---

Motion for Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2)

---

COMES NOW, the Petitioner, Amelia Perez de Acosta pro-se, and moves for a reduction of her sentence pursuant to 18 U.S.C. §3582(c)(2), and states as follows:

1. The Petitioner was found guilty, and was convicted in this court of Conspiracy to Distribute 50-500 grams of Cocaine Offenses. By a judgement entered on 08/23/2006, the Petitioner was sentenced to the custody of the Bureau of Prisons for a term of 151 months.

2. The Petitioner has been identified as a person eligible to seek a reduction of her sentence pursuant to 18 U.S.C. §3582(c)(2), based on the United States Sentencing Commission's 2011 retroactive guideline amendment.

3. The Petitioner is currently incarcerated at the S.F.F. Hazelton Facility in West Virginia.

4. The Petitioner received a reduction sentence of          months on                          , based on the United States Sentencing Commission's 2007 crack cocaine guideline amendment.

5. The Petitioner's new amended guideline range is 51 months to 63 months based on a Base Offense Level 24, Criminal Category I.

6. The Petitioner notes that at the time of sentencing, the court relied heavily on the advisory guidelines in establishing a starting point for determining a fair and just sentence. In the Petitioner's view, the amendments to the guidelines pertaining to crack cocaine represent a change in the fundamental philosophy and statistical assessment upon wich the guidelines are premised. In accord with this change as a result of the Fair Sentencing act of 2010, and having considered the factors set forth in 18 U.S.C. §3553(a), the Petitioner prays that this Honorable Court will reduce her sentence to           months.

Respectfully Submitted,

_____
Amelia Perez de Acosta

Return Receipt Request:
Amelia Perez de Acosta - 65537-180
S.F.F. Hazelton
P.O. Box 3000
Bruceton Mills, WV 26525

UNITED STATES OF AMERICA
DISTRICT COURT OF TEXAS

FILED
2012 NOV 13 PM 4:09

Amelia Perez de Acosta )
Petitioner )
 )
 )
vs. )  MOTION FOR COCAINE SENTENCE
 )  REDUCTION
 )
 )
United States of America ) Case No.: EP-06-CR-517-PRM
Plaintiff )

## MOTION FROM OWN RIGHTS

The following petitioner Amelia Perez de Acosta is requesting said court, to please review my case for the possibility of reducing my sentence. Based on the decision from The United States Sentencing Commision (U.S.S.C.) on June 30, 2011 about the Retroactive Act of 2011 (FSA) fairness. In Cocaine Sentencing Act of 2011 on the cocaine offenses. Sentence Pursuant to 18 U.S.C. §3582 (c)(2).

In S.F.F. Hazelton, West Virginia, on 22 day of October month, 2012.

Respectfully Submitted,

_____
Amelia Perez de Acosta

Return Receipt Request:
Amelia Perez de Acosta   65537-180
S.F.F. Hazelton
P.O. Box 3000
Bruceton Mills, WV  26525

## CERTIFICATE OF SERVICE

I, Amelia Perez de Acosta, certify that a true and correct copy of the foregoing motion has been forwarded to:

US District Court
Clerk of the Court
511 E. San Antonia Ave.
El Paso, TX  79901-2401

This Certificate of Service serves as my notice that all relating papers were dropped off in the mailbox provided for inmates at the Federal Prison S.F.F. Hazelton in West Virginia, with appropriate first-class postage paid on the following date: This 22 day of October, 2012.

PETITIONER, pro-se

_____
Amelia Perez de Acosta